**Maria Esther TORRES DE ROMO, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

**No. 06–70553.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 15, 2009.*

Filed Dec. 22, 2009.

Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Richard M. Evans, Esq., Nancy E. Friedman, Esq., Paul Fiorino, Esq., DOJ—U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Frank P. Sprouls, Esq., Law Office of Ricci and Sprouls, San Francisco, CA, for Petitioner.

Before: GOODWIN, WALLACE, and CLIFTON, Circuit Judges.

MEMORANDUM **

Maria Esther Torres De Romo, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing her appeal from an immigration judge's ("IJ") reinstatement of a prior order of removal. We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law and due process claims. *Garcia de Rincon v. Dep't Homeland Security*, 539 F.3d 1133, 1136 (9th

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Cir.2008). We deny the petition for review.

Torres De Romo's contention that the IJ erred in reinstating her removal order without determining her eligibility for adjustment of status fails because she was not eligible for an adjustment of status because she reentered the United States without permission after being removed. *See Gonzales v. Dep't of Homeland Security,* 508 F.3d 1227, 1242 (9th Cir.2007) (abrogating *Perez–Gonzalez v. Ashcroft,* 379 F.3d 783 (9th Cir.2004)).

**PETITION FOR REVIEW DENIED.**

**PETITION FOR REVIEW DENIED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.